AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Two cellular telephones and one pager as more fully described herein
(1) Motorola Cellular telephone, SN: 919TDLWG2;
(2) Motorola Nextel Cellular Telephone, SN 919TBYJH00
(3) RIM Cingular Pager, Model: R900M

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Detective Todd Williams   being duly sworn depose and say:

I am a(n)   Detective, Metropolitan Police Department   and have reason to believe
(Official Title)

that (name, description and or location)
(1) Motorola Cellular telephone, SN: 919TDLWG28, FCC ID:AZ489FT5808, IMEI: 000102976627310, SIM card number 000805058473300; (2) Motorola Nextel Cellular Telephone, Model: i50sx, SN 919TBYJH00, FCC ID: AZ489FT5799, IMEI 000100830712190, SIM card number 89013008005550389 68F; and (.3) RIM Cingular Pager, Model: R900M-2-PW, MAN: 16597960, MSN: 031/15/251945, FCC ID:L6AR900M-2-PW

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title  18  United States Code, Section(s)  1959 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☒ NO

An n Petalas
(202)307-0476

Signature of Affiant

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer              Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE : <br> SEARCH OF : <br> : <br> Two Cellular Telephones and One Pager, : <br> For Information Contained Within, Seized : <br> During The Execution of Search Warrants : <br> at 1618 22nd St., SE, #4, Washington, DC : <br> and 5107 Fitch St., SE, #301, Washington, : <br> DC : | CASE NO: |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION**

I, Todd Williams, a Detective with the Metropolitan Police Department, having been duly sworn, state as follows:

Your affiant is a sworn member of the Metropolitan police Department and has been employed for over seventeen years. Your affiant has been a detective for over thirteen years, currently holds the rank of Detective Grade-I, and has been assigned to the Homicide/Violent Crimes Branch during that time with the responsibility of investigating Homicide cases. Your affiant has participated in hundreds of Homicide investigations during those thirteen years and has interviewed and interrogated hundreds of violent criminals and their associates. Your affiant has obtained or participated in the execution of dozens of search warrants related to violent crimes.

It is your affiants experience that; violent criminals often communicate with their associates through the use of cellular telephones and electronic paging devices, commonly referred to as "pagers" or "beepers", that they often communicate before and after the commission of violent crimes via cellular telephone or pager, that they often

utilize the storage areas of cellular telephones and pagers to record and maintain names and telephone numbers related to their criminal associates, that they often maintain a record of recent incoming, outgoing, and missed calls in their cellular telephones and pagers, and that they often save information in these devices for easy access at a later time.

On April 3, 2004, members of the Metropolitan Police Department's Seventh Police District responded to the 1300 block of Congress Street, S.E., Washington, D.C., for the report of a shooting. Upon the officer's arrival on the scene a victim, later identified as Trevon Shaw, was found lying on the ground in the rear of 1320 Congress Street, suffering from multiple gunshots wounds to the head and neck. D.C. Fire Department Medical personnel aboard Medic Unit #32 responded to the scene and determined the victim had no signs of life, with death obvious. The victim remained on the scene and was later transported to the DC Medical Examiner's Office where Dr. Deangelo pronounced the victim dead on April 4, 2004, at 9:15 a.m.

Dr. Deangelo subsequently performed an autopsy on the remains of the decedent and determined that the decedent sustained two gunshot wounds to the head and one gunshot wound to the neck. Dr. Deangelo ruled that the cause of death was multiple gunshot wounds to the head and the manner of death was a homicide.

Homicide Detectives responded to the scene and began the investigation into this murder. A witness, hereafter referred to as W-1, was interviewed and stated that W-1 was in the area at the time of the shooting and saw the victim walk across the parking lot in the rear of the 1300 block of Congress Street. W-1 said that as the victim was walking W-1 saw a male that W-1 knows as "Ant" seated inside a gray truck. W-1 said that "Ant"

had the driver's window down, pointed a large dark colored handgun out of the window and fired one shot toward the victim. W-1 said that the victim fell to the ground and W-1 saw "Ant" immediately exit the drivers door of the truck and fire a second shot at the victim.

W-1 said minutes before the shooting, W-1 had seen a person W-1 knows as "Koowop" circling the parking lot in the rear of xxxx xxxxxxxx xxxxxx several times. W-1 said that each time "Koowop" drove past he was staring at the victim. W-1 said that "Koowop" parked the car, exited and was standing in the parking lot. W-1 said that shortly after "Koowop" parked and exited his car, the victim began walking across the lot and the shooting occurred.

W-1 said that after "Ant" fired the second shot, W-1 saw "Koowop" running toward the decedent as he lay on the ground. Then while "Koowop" was standing over the victim, W-1 heard a third shot. W-1 said that "Koowop" then turned and walked away from the body and at the time was clutching a dark colored handgun in his hand. W-1 said that "Koowop" then entered the vehicle he parked in the lot earlier and sped off.

W-1 positively identified a single photograph of Antwuan Ball, PDID 436141, as the person W-1 knows as "Ant" who participated in this murder.

W-1 positively identified a single photograph of David Wilson, PDID 432393, as the person W-1 knows as "Koowop" who participated in this murder.

During the investigation warrants were signed by a Judge of the Superior Court of the District of Columbia and issued for the arrest of Antwuan Ball and David Wilson charging them as co-defendants with First Degree Murder.

During the investigation information was developed that Antwaun Ball resided at xxxx xxxxx xxxxxx, S.E., #xxx, Washington, D.C. and that David Wilson was residing at xxxx xx$^{xx}$ Street, S.E., #x, Washington, D.C. Based on this information warrants were obtained for these two premises to search and seize items of evidence related to this murder and of items related to associates and accomplices to this murder.

On April 14, 2004, the search warrant was executed upon Antwuan Ball's premises at xxxx xxxxx Street, S.E., #xxx. Among the items located during the search and seized was a Motorola Nextel Cellular Telephone, Model: i50sx, bearing SN 919TBYJH00, FCC ID: AZ489FT5799, IMEI 000100830712190, SIM card number 8901300800555038968F and RIM Cingular Pager, Model: R900M-2-PW, bearing MAN: 16597960, MSN: 031/15/251945, FCC ID:L6AR900M-2-PW . These items of evidence were seized by agents with the FBI and secured in the FBI evidence room.

On April 16, 2004, the search warrant was executed upon David Wilson's premises at xxxx xx$^{nd}$ Street, xxx., #x. Among the items located during the search and seized was a Motorola Cellular telephone, SN: 919TDLWG28, FCC ID: AZ489FT5808, IMEI: 000102976627310, SIM card number 000805058473300. This item was seized by agents with the FBI and secured in the FBI evidence room.

During a review of evidence taken in reference to the Travon Shaw murder, the cellular telephone of David Wilson was located and powered on. It was determined that a search had not been conducted of the contents of David Wilson's cellular telephone nor had a search been conducted of Antwuan Ball's cellular telephone and pager. It was also determined that in an abundance of caution David Wilson's cellular telephone should be turned off and a warrant should be obtained for these communication devices.

The Superior Court of the District of Columbia case charging Antwaun Ball and David Wilson with the First Degree Murder of Travon Shaw was ultimately dismissed after United States District Court for the District of Columbia, Grand Jury, returned an indictment charging Antwaun Ball and David Wilson, among others, with narcotics conspiracy in <u>U.S. v Antwuan Ball, et al.</u>, Case Number 05-100 (RWR) in the United States District Court for the District of Columbia.   Antwuan Ball and David Wilson were also charged with RICO Conspiracy and with committing the murder of Travon Shaw in aide of racketeering activity, in violation of 18 USC 1959.

Based on the aforementioned facts and circumstances your affiant submits that there is probable cause to believe that Antwaun Ball and David Wilson acted in concert in the shooting of Trevon Shaw, that at the time of Antwaun Ball's arrest and subsequent to a search of his residence, Ball was in possession of a Nextel Cellular telephone and Cingular pager, that at the time of David Wilson's arrest and subsequent to a search of his residence, Wilson was in possession of a Motorola Cellular telephone, that it is probable that these cellular telephones and pager have information and evidence stored or recorded that is related to this homicide; to wit, names and telephone numbers of criminal accomplices and associates, recent incoming, outgoing, and missed calls, and other stored written messages that are related to criminal associates or accomplices.

It is therefore respectfully requested that a warrant be issued to charge and power on the aforementioned communication devices, search the devices for the aforementioned evidence and to seize those items of evidence located therein.

_____
Todd Williams
Detective
Metropolitan Police Department

Sworn and subscribed to before me

on this _____ day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA