AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Two cellular telephones and one pager as more fully described herein
(1) Motorola Cellular telephone, SN:
(2) Motorola Nextel Cellular Telephone, SN
(3) RIM Cingular Pager, Model:

**SEARCH WARRANT**

CASE NUMBER: 07-020-M-01

TO: __Detective Todd Williams__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Todd Williams__ who has reason to believe that
(name, description and or location)
(1) Motorola Cellular telephone,         ＣC              IMEI               SIM card number         (2) Motorola Nextel Cellular Telephone, Model:              FCC ID:                , SIM card number              ; and (.3) RIM Cingular Pager, Model:         ID:

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Information Stored in Telephones and Pager

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___February 1, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 01 2007 1:28 p
Date and Time Issued

at Washington, D.C.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>2-1-07 | DATE AND TIME WARRANT EXECUTED<br>2-1-07 2:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A |
| INVENTORY MADE IN THE PRESENCE OF   S/A Hanna |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br>Stored information within 2 cellular telephones and one pager. |||

FILED

FEB 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_DC/ Todd W/R_

Subscribed, sworn to, and returned before me this date.

_____   2-6-07
U.S. Judge or U.S. Magistrate Judge             Date